178 So.2d 653

**William M. MARTIN**

v.

**STATE of Louisiana, through the DEPART-MENT OF HIGHWAYS, et al.**

**No. 47851.**

Sept. 30, 1965.

In re: William M. Martin applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans, 175 So.2d 441.

Writ refused. There is no error of law under the facts found by the Court of Appeal.

178 So.2d 654

**Ward KINARD**

v.

**Glenwood CARRIER.**

**No. 47853.**

Sept. 30, 1965.

In re: Ward Kinard applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu, 175 So.2d 920.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.